Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19–14303–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Henry Mueller Jr. | Kathleen Lucy Mueller |
| aka Unlimited Taxi | aka Kathleen Lucy Johnson |
| 102 Morningstar Ave. | 102 Morningstar Ave. |
| Union Beach, NJ 07735 | Union Beach, NJ 07735 |

Social Security No.:
  xxx–xx–7938                                                      xxx–xx–6886

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 29, 2019</u>             <u>Michael B. Kaplan</u>
                                              Judge, United States Bankruptcy Court